COMMONWEALTH of Pennsylvania, Respondent,

v.

Harry Eugene DUNLAP, Petitioner.

Supreme Court of Pennsylvania.

March 16, 2007.

### ORDER

PER CURIAM.

**AND NOW,** this 16th day of March, 2007, the Petition for Allowance of Appeal is **GRANTED,** the order of the Superior Court is **VACATED,** and this matter is **REMANDED** to the Superior Court with direction that it reconsider this matter in light of *Kendrick v. District Attorney of Philadelphia Cty.,* —— Pa. ——, 916 A.2d 529 (2007).